UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORRIS AND CLOTEE MORRISON | : | CIVIL ACTION NO. 3:08-CV-00096 |
| Plaintiff | : | |
| VERSUS | : | JUDGE TYSON |
| THE ESTATE OF JOEY MAGEE, ALFA INSURANCE COMPANY, DISCOVERY PROPERTY AND CASUALTY INSURANCE COMPANY AND STATE FARM INSURANCE COMPANY | : | MAGISTRATE RIEDLINGER |
| Defendant | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

This case having been submitted to the United States District Court, Middle District of Louisiana for approval of the agreement and compromise submitted on the Joint Petition of the parties, and the Court having examined the documents submitted by the parties, with regard to the Employee's rights in the premises, and the agreement of compromise contained in the Joint Petition of said Intevenor, GREAT WEST CASUALTY COMPANY, and said Employee, NORRIS MORRISON, disclosing the following facts from the verified petition submitted to the Court containing the agreement of compromise:

That there is a bona fide dispute between Employee on the one hand and Intervenor on the other as to whether or not the Employee was injured as alleged, and as to the nature, extent and duration of the disability of the Employee, if any, and the Employee's ability to do his usual and ordinary work or work of a reasonable character.

It further appears from the verified Petition that this settlement is made between the parties to avoid a lawsuit.

THEREFORE, the Court having fully reviewed the documents submitted by the parties and having been convinced that the Employee has read the same and that there is a bona fide dispute between the parties, and the Court being thoroughly convinced that the said compromise and settlement is proper under the law, because it avoids the uncertainty and hazards of litigation, wherein the chances of the Employee to recover more are weighed against his chances to recover less:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this compromise and agreement to settle the claim as set forth in the above and foregoing Joint Petition be, and the same is hereby by this Court approved and order is accordingly entered herein approving said compromise and agreement.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in return for the workers' compensation insurer's waiver of intervention in the above captioned lawsuit in the amount of FIVE THOUSAND NINETY-ONE AND 45/100 ($5,091.45) DOLLARS, all in addition to any worker's compensation, medical expenses, or other employment benefits already paid, in full settlement and compromise of any and all claims the Employee, NORRIS MORRISON, has for workers compensation benefits, penalties, attorney's fees, or otherwise, against TRANSWOOD, INC. and GREAT WEST CASUALTY COMPANY, the same is hereby declared fully paid and satisfied, and, TRANSWOOD, INC. and GREAT WEST CASUALTY COMPANY, or any principal or any officer, director, stockholder, partner, attorney, insurer or employee or agent or subcontractor of such Intervenor or principal, shall be and they are hereby relieved and released from any and all liability whether in workers' compensation, tort or otherwise, for past, present or future medical expenses and other worker's compensation benefits to the employee claimed to be due him by reason of any accidental or intentional personal injuries suffered by him, any hospitalization, medical treatment and/or surgery relative thereto, and the alleged disability resulting therefrom, as set forth in the Joint Petition, and in full settlement of the order rendered herein; and in full settlement of all potential claims, whether

known at this time or unknown, and whether or not discovered before or after the date of this settlement, Defendants shall pay all costs of Court in these proceedings.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that attorney's fees are approved in accordance with and to the full extent of *La.R.S. 23:1143*.

THUS DONE, READ AND SIGNED at Baton Rouge, Louisiana, on this 15th day of December, 2008.

_____
JUDGE,
U.S. District Court, Middle District of Louisiana