UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| NORRIS AND CLOTEE MORRISON, | CIVIL ACTION NO.: 3:08 CV 00096 |
| Plaintiff, | |
| v | JUDGE TYSON |
| THE ESTATE OF JOEY MAGEE, ALFA INSURANCE COMAPNY, DISCOVER PROPERTY & CASUALTY INSURANCE COMPANY, AND STATE FARM INSURANCE COMPANY | MAGISTRATE RIEDLINGER |
| Defendants. | |

FILED
U.S. DIST COURT
MIDDLE DIST OF LA
2008 DEC 23 P 2: 26
BY DEPUTY CLERK

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Joint Motion to Dismiss is GRANTED and that all claims against "The Estate of Joey Magee" and ALFA Insurance Company or its affiliated companies, including ALFA Insurance Corporation, are dismissed with prejudice, with each party to bear their own costs and attorney fees.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all of plaintiffs' claims against State Farm Insurance Company and Discover Property and Casualty Insurance Company are reserved.

Baton Rouge, Louisiana, this 23rd day of December, 2008.

JUDGE, U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

- 3 -

478259