FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2009 JAN 14 P 2: 22

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NORRIS AND CLOTEE MORRISSON | * | CIVIL ACTION |
| | * | No.: 3:08cv00096 |
| VERSUS | * | |
| | * | JUDGE TYSON |
| THE ESTATE OF JOEY MAGEE, ALFA | * | |
| INSURANCE COMPANY, DISCOVER | * | MAGISTRATE RIEDLINGER |
| PROPERTY AND CASUALTY | * | |
| INSURANCE COMPANY, AND STATE | * | |
| FARM INSURANCE COMPANY | * | JURY TRIAL: |

********************************************************************

## ORDER

IT IS ORDERED Discover Property and Casualty Insurance Company be dismissed, with full prejudice, from the above entitled and numbered cause of action, reserving the rights of plaintiff to proceed against the remaining defendant, State Farm Mutual Automobile Insurance Company.

Baton Rouge, Louisiana this _14th_ day of _January_, 2009.

_____
JUDGE